# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARA[NCE]

NOTE: In order to appear before this Court an attorne[y must either be a member in good] standing of this Court's general bar or be granted leave [to appear pro hac vice as provided] by Local Rules 83.12 through 83.14.

07cv6456
JUDGE HIBBLER
MAG. JUDGE COX

In the Matter of

Case Number:

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND AND HOWARD MCDOUGALL, TRUSTEE, PLAINTIFFS, v. E.J. MEYER & SONS, INC., AN OHIO CORPORATION, DEFENDANT.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND AND HOWARD MCDOUGALL, TRUSTEE, PLAINTIFFS.

FILED
JN NOV 1 4 2007
11-14-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Cathy L. Rath | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Cathy L. Rath | |
| FIRM<br>Central States Law Department | |
| STREET ADDRESS<br>9377 W. Higgins Road, 10th Floor | |
| CITY/STATE/ZIP<br>Rosemont, IL 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06275744 | TELEPHONE NUMBER<br>(847) 518-9800, Ext. 2343 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |