# United States District Court for the Northern District of Illinois

Case Number: 07CV6456　　　　Assigned/Issued By: J. N.

Judge Name: HIBBLER　　　　Designated Magistrate Judge: COX

## FEE INFORMATION

*Amount Due:* [✓] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　 [ ] IFP　　　　 [ ] No Fee　　[ ] Other _____
　　　　　　 [ ] $455.00

Number of Service Copies _____　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____　　Receipt #: 1115583_____

Date Payment Rec'd: 11-14-07____　　Fiscal Clerk: J. N._____

## ISSUANCES

[✓] Summons　　　　　　　　　　　　　　[ ] Alias Summons

[ ] Third Party Summons　　　　　　　　[ ] Lis Pendens

[ ] Non Wage Garnishment Summons　　　[ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons　　　_____

[ ] Citation to Discover Assets　　　　　(Victim, Against and $ Amount)

[ ] Writ _____
　　　　(Type of Writ)

__1__ Original and __1__ copies on __11-14-07__ as to __DEFENDANT__
　　　　　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\feeinfo.frm　　03/14/05