IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | )<br>)<br>)<br>) |
| Plaintiffs/Counter-Defendants, | ) Case No. 07 C 06456 |
| v. | ) Judge William J. Hibbler |
| E. J. MEYER & SONS, INC., | ) |
| Defendant/Counter-Plaintiff. | ) |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, one of its present Trustees, hereby move the Court for entry of a consent judgment. In support thereof, Plaintiffs state:

1. On November 14, 2007, Plaintiffs filed this action to vacate or modify the award of an Arbitrator entered on October 17, 2007.

2. The parties agree to the entry of the Consent Judgment attached hereto as Exhibit A and signed by the representative of the parties.

3. Therefore, Plaintiffs respectfully request the entry of the Consent Judgment attached hereto.

**WHEREFORE**, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, one of its present Trustees, respectfully request

F:258940 / 07411026 / 4/10/08

the Court to enter the proposed Consent Judgment.

                                                  Respectfully submitted,

/s/ Laura B. Bacon
Laura B. Bacon
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois  60018-4938
(847) 518-9800, Ext. 3704
ARDC # 6288982
lbacon@centralstatesfunds.org

April 10, 2008