# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | )<br>)<br>)<br>) |
| Plaintiffs/Counter-Defendants, | ) Case No. 07 C 06456 |
| v. | ) Judge William J. Hibbler |
| E. J. MEYER & SONS, INC., | ) |
| Defendant/Counter-Plaintiff. | ) |

## NOTICE OF MOTION

TO:   Jeffrey D. Smith
      9150 South Hills Blvd.
      Suite 300
      Cleveland, OH 44147-3599

PLEASE TAKE NOTICE that on Wednesday, April 16 at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable William J. Hibbler, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present the attached Motion For Entry of Consent Judgment, a copy of which is hereby served upon you.

F:258943 / 07411026 / 4/10/08

        Respectfully submitted,

        /s/ Laura B. Bacon
        Laura B. Bacon
        Attorney for Plaintiffs
        Central States, Southeast and
        Southwest Areas Pension Fund
        9377 W. Higgins Road, 10th Floor
        Rosemont, Illinois  60018-4938
        (847) 518-9800, Ext. 3704
        ARDC # 6288982
        lbacon@centralstatesfunds.org

April 10, 2008