# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | )<br>)<br>)<br>) |
| Plaintiffs/Counter-Defendants, | ) Case No. 07 C 06456 |
| v. | ) Judge William J. Hibbler |
| E. J. MEYER & SONS, INC., | ) |
| Defendant/Counter-Plaintiff. | ) |

## CERTIFICATE OF SERVICE

I, Laura B. Bacon, one of the attorneys for Central States, Southeast and Southwest Areas Pension Fund, certify that I served the foregoing Motion for Entry of Consent Judgment via electronic service upon all parties who have filed an appearance in this matter.

/s/ Laura B. Bacon
Laura B. Bacon
One of Central States' Attorneys

F:258959 / 07411026 / 4/10/08