Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6456 | DATE | 4/16/2008 |
| CASE TITLE | Central States vs. E. J. Meyer & Sons | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for entry of consent judgment is granted. Enter Consent Judgment. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|