IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) ) |
| Plaintiffs/Counter-Defendants, | ) ) Case No. 07 C 06456 |
| v. | ) ) Judge William J. Hibbler ) |
| E. J. MEYER & SONS, INC., | ) ) |
| Defendant/Counter-Plaintiff. | ) |

CONSENT JUDGMENT

WHEREAS, the Plaintiffs filed their complaint on November 14, 2007; and

WHEREAS, the Defendant served its answer to the Complaint on November 16, 2007; and

WHEREAS, the Defendant filed a counterclaim against the Plaintiffs on November 16, 2007; and

WHEREAS, the parties consent and stipulate to the entry of judgment as set forth below.

NOW, THEREFORE, the parties consent and stipulate to and the Court makes the following findings of fact and conclusions of law:

1.  Plaintiff the Central States, Southeast and Southwest Areas Pension Fund (the

1

"Pension Fund") is a multiemployer pension plan within the meaning of ERISA Sections 3(37) and 4001(a)(3), 29 U.S.C. §§ 1002(37) and 1301(a)(3).

2. Plaintiff Howard McDougall is a present trustee of the Pension Fund and he and his fellow trustees are the plan sponsor of the Pension Fund within the meaning of ERISA Section 4001(a)(10), 29 U.S.C. § 1301(a)(10). The Trustees administer the Pension Fund at 9377 West Higgins Road, Rosemont, Cook County, Illinois.

3. Pursuant to ERISA Sections 502(a)(3), 4221(b)(2), and 4301(a)(1), 29 U.S.C. §§ 1132(a)(3), 1401(b)(2) and 1451(a)(1), the Trustees, by and through their designated trustee Howard McDougall, are authorized to bring this action on behalf of the Pension Fund, its participants and beneficiaries.

4. Defendant Meyer is a corporation organized under the laws of the State of Ohio.

5. Meyer was obligated to contribute to the Pension Fund from at least January 1, 1994 to December 12, 2004 pursuant to a series of collective bargaining agreements executed between itself and Local Union 908.

6. Pursuant to the collective bargaining agreements with Local Union 908, Meyer was required to make weekly pension contributions to the Pension Fund on behalf of certain of its employees.

7. The Pension Fund alleged that Meyer had effected a complete withdrawal from the Pension Fund within the meaning of ERISA Section 4203, 29 U.S.C. § 1383.

8. On or about February 28, 2005, Meyer received from the Pension Fund a Notice and Demand for Payment of Withdrawal Liability pursuant to ERISA Sections 4202(2) and

4219(b)(1), 29 U.S.C. §§ 1382(2) and 1399(b)(1).

9. By letter dated April 5, 2005, Meyer requested that the Pension Fund review its withdrawal liability determination pursuant to ERISA Section 4219(b)(2)(A), 29 U.S.C. § 1399(b)(2)(A).

10. On September 23, 2005, Meyer initiated arbitration of the Pension Fund's withdrawal liability assessment in accordance with ERISA Section 4221, 29 U.S.C. § 1401, with the Chicago Regional Office of the American Arbitration Association ("AAA") in *E.J. Meyer & Sons, Inc. and Central States, Southeast and Southwest Areas Pension Fund*, No. 51 621 01533 05 (the "Arbitration").

11. The Arbitration was administered by the AAA in Chicago, Illinois, before Arbitrator Lawrence E. Katz, who had been selected by agreement of the Pension Fund and Meyer to hear the case.

12. On May 7, 2007, the Pension Fund and Meyer filed Motions for Summary Judgment.

13. In an award and decision dated October 17, 2007 (the "Decision"), Arbitrator Katz granted Meyer's Motion for Summary Judgment and denied the Pension Fund's Motion for Summary Judgment.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

With respect to Plaintiffs' complaint and by agreement of the parties, the Plaintiffs are awarded judgment as follows:

A. The October 17, 2007, Decision of the arbitrator is hereby vacated.

B. With respect to Defendant's counterclaim, that claim is dismissed with prejudice.

C. Each party shall bear its own attorneys' fees and costs incurred in this lawsuit.

APPROVED:

Central States, Southeast and Southwest
Areas Pension Fund and
Howard McDougall, trustee

By: _____

Its: Attorney

Date: 4-3-08

APPROVED:

E.J. Meyer & Sons, Inc.

By: _____

Its: Attorney

Date: 4-4-08

ENTERED:

Dated: 4/16/08

_____
Honorable William J. Hibbler

4